IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR87 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| VIRGIL APODACA, SR.,<br>VIRGIL APODACA, JR.,<br>ANTHONY APODACA, and<br>JACK SEALS, | ) | |
| Defendants. | ) | |

Before the Court are the Findings and Recommendation ("Report") of Magistrate Judge F.A. Gossett (Filing No. 67). The Report recommends that Defendant Virgil Apodaca, Sr.'s Motion for Change of Place of Trial (Filing No. 54) be granted. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 67) is adopted; and

2. Defendant Virgil Apodaca, Sr.'s Motion for Change of Place of Trial (Filing No. 54) is granted.

DATED this 28th day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge