## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>**VIRGIL APODACA, SR.**,<br><br>                Defendant. | 8:16CR87<br><br>ORDER |

For the reasons stated in the Court's Memorandum and Order of July 14, 2020, ECF No. 214,

IT IS ORDERED:

1. The Defendant's "Motion Requesting legal Representation," ECF No. 216, is denied; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 10th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge